UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Gromes, Erica E.

Case No.: 20-18342
Chapter: 7
Judge: KCF

**NOTICE OF PROPOSED ABANDONMENT**

_Daniel E. Straffi_, _Trustee_ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: 402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _Kathryn C. Ferguson_ on _September 22, 2020_ at _10:00_ a.m. at the United States Bankruptcy Court, Courtroom no. _2_. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 39 Unwin Drive
Hamilton, NJ
FMV - +/-$250,000.00

Liens on property: Carrington Mortgage - $271,181.00

Plus 10% Estimated Costs of Sale

Amount of equity claimed as exempt: $ -0-

Objections must be served on, and requests for additional information directed to:

Name: Daniel E. Straffi, Esq.
Address: 670 Commons Way Toms River, NJ 08755
Telephone No.: 732-341-3800

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 20-18342-KCF
Erica E. Gromes                                                        Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Aug 19, 2020
                              Form ID: pdf905          Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2020.
db          +Erica E. Gromes,   39 Unwin Drive,   Hamilton, NJ 08610-1719
cr          +Santander Consumer USA Inc., d/b/a Chrysler Capita,   P.O. Box 961275,
              Fort Worth, TX 76161-0275
518889043    Bank of America,   c/o KML Law Group, P.C.,   216 Haddon Avenue,   Westmont, NJ 08108
518889044   +Barclays Bank Delaware,   Attn: Correspondence,   Po Box 8801,   Wilmington, DE 19899-8801
518889045   +Berg & Pearson, P.C.,   20000 Horizon Way,   Suite 500,   Mount Laurel, NJ 08054-4321
518889046    Bureau of Accounts Control,   PO Box 538,   Howell, NJ 07731-0538
518889051    Chrysler Capital,   P.O. Box 660647,   Dallas, TX 75266-0647
518889052    Chrysler Capital,   P.O. Box 660335,   Dallas, TX 75266-0335
518889053   +Citibank North America,   Citibank Corp/Centralized Bankruptcy,   Po Box 790034,
              St Louis, MO 63179-0034
518889056   +Deptartment Store National Bank/Macy's,   Attn: Bankruptcy,   9111 Duke Boulevard,
              Mason, OH 45040-8999
518889059   +Firstsource,   205 Bryant Woods South,   Amherst, NY 14228-3609
518889061   +I.c. System, Inc,   Po Box 64378,   Saint Paul, MN 55164-0378
518889062   #+KML Law Group,   216 Haddon Avenue, Suite 406,   Collingswood, NJ 08108-2812
518889064   +LendingClub,   Attn: Bankruptcy,   595 Market St, Ste 200,   San Francisco, CA 94105-2807
518889066    Midland Credit Management, Inc.,   P.O. Box 301030,   Los Angeles, CA 90030-1030
518889073   +Princeton Orthopaedic Associates,   325 Princeton Avenue,   Princeton, NJ 08540-1617
518889079    Trans-Continental Credit & Collection Co,   P.O. Box 8500-1576,   Philadelphia, PA 19178-1576
518889081   +United Collection Bureau,   5620 Southwyck Blvd.,   Suite 206,   Toledo, OH 43614-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Aug 19 2020 23:26:27     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 19 2020 23:26:26     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
518889047    E-mail/Text: cms-bk@cms-collect.com Aug 19 2020 23:26:08     Capital Management Services, LP,
              698 1/2 South Ogden Street,   Buffalo, NY 14206-2317
518889048   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 19 2020 23:36:24     Capital One,
              Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
518889050   +E-mail/Text: BKBCNMAIL@carringtonms.com Aug 19 2020 23:25:39     Carrington Mortgage Services,
              ATTEN: Bankruptcy,   P.O. Box 3730,   Anaheim, CA 92803-3730
518889054   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 19 2020 23:26:09
              Comenity Bank/Victoria Secret,   Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
518889055   +E-mail/PDF: creditonebknotifications@resurgent.com Aug 19 2020 23:35:19     Credit One Bank,
              Attn: Bankruptcy Department,   Po Box 98873,   Las Vegas, NV 89193-8873
518889057    E-mail/Text: bknotice@ercbpo.com Aug 19 2020 23:26:29     ERC,   P.O. Box 23870,
              Jacksonville, FL 32241-3870
518889060   +E-mail/Text: GenesisFS@ebn.phinsolutions.com Aug 19 2020 23:26:54     Genesis Bc/Celtic Bank,
              Attn: Bankruptcy,   Po Box 4477,   Beaverton, OR 97076-4401
518889063   +E-mail/Text: PBNCNotifications@peritusservices.com Aug 19 2020 23:25:48     Kohls/Capital One,
              Attn: Credit Administrator,   Po Box 3043,   Milwaukee, WI 53201-3043
518889068    E-mail/Text: ml-ebn@missionlane.com Aug 19 2020 23:25:38     Mission Lane/bsb,
              101 2nd St Ste 350,   San Francisco, CA 94105
518889065   +E-mail/PDF: MerrickBKNotifications@Resurgent.com Aug 19 2020 23:36:13
              Merrick Bank/CardWorks,   Attn: Bankruptcy,   Po Box 9201,   Old Bethpage, NY 11804-9001
518889069   +E-mail/Text: bankruptcy@onlineis.com Aug 19 2020 23:26:42     Online Collections,
              Attn: Bankruptcy,   Po Box 1489,   Winterville, NC 28590-1489
518889070    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 19 2020 23:35:52
              Portfolio Recovery Associates LLC,   P.O.Box 12914,   Norfolk, VA 23541
518889613   +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2020 23:35:36     Synchrony Bank,
              c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518889075   +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2020 23:35:36     Synchrony Bank/ JC Penneys,
              Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
518889076   +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2020 23:35:37     Synchrony Bank/Amazon,
              Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
518889077   +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2020 23:36:08     Synchrony Bank/Care Credit,
              Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
518889078   +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2020 23:35:05     Synchrony Bank/Gap,
              Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
                                                                                              TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518889049*   +Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
518889058*    ERC,   P.O. Box 23870,   Jacksonville, FL 32241-3870
518889067*    Midland Credit Management, Inc.,   P.O. Box 301030,   Los Angeles, CA 90030-1030
518889071*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates LLC,   P.O.Box 12914,
              Norfolk, VA 23541)
518889072*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates LLC,   P.O.Box 12914,
              Norfolk, VA 23541)
518889080*    Trans-Continental Credit & Collection Co,   P.O. Box 8500-1576,   Philadelphia, PA 19178-1576

```
District/off: 0312-3           User: admin                 Page 2 of 2                  Date Rcvd: Aug 19, 2020
                               Form ID: pdf905             Total Noticed: 37

518889074      ##+Sunrun,    1515 Arapahoe Street,    Tower 2, Suite 600,    Denver, CO 80202-3105
                                                                                       TOTALS: 0, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2020 at the address(es) listed below:
              Daniel E. Straffi    bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler Capital
               as servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Kevin C. Fayette    on behalf of Debtor Erica E. Gromes kfayette@kevinfayette.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```