**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Erica E. Gromes | Social Security number or ITIN   xxx–xx–0044 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–18342–KCF | |

# Order of Discharge  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Erica E. Gromes

10/16/20

**By the court:** Kathryn C. Ferguson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-18342-KCF |
| Erica E. Gromes | Chapter 7 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 16, 2020 | Form ID: 318 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erica E. Gromes, 39 Unwin Drive, Hamilton, NJ 08610-1719 |
| 518889043 | | Bank of America, c/o KML Law Group, P.C., 216 Haddon Avenue, Westmont, NJ 08108 |
| 518889045 | + | Berg & Pearson, P.C., 20000 Horizon Way, Suite 500, Mount Laurel, NJ 08054-4321 |
| 518889046 | | Bureau of Accounts Control, PO Box 538, Howell, NJ 07731-0538 |
| 518889052 | | Chrysler Capital, P.O. Box 660335, Dallas, TX 75266-0335 |
| 518889051 | | Chrysler Capital, P.O. Box 660647, Dallas, TX 75266-0647 |
| 518889062 | #+ | KML Law Group, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |
| 518889064 | + | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 518889066 | | Midland Credit Management, Inc., P.O. Box 301030, Los Angeles, CA 90030-1030 |
| 518889073 | + | Princeton Orthopaedic Associates, 325 Princeton Avenue, Princeton, NJ 08540-1617 |
| 518889079 | | Trans-Continental Credit & Collection Co, P.O. Box 8500-1576, Philadelphia, PA 19178-1576 |
| 518889081 | + | United Collection Bureau, 5620 Southwyck Blvd., Suite 206, Toledo, OH 43614-1501 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 16 2020 21:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 16 2020 21:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: CHRM.COM | Oct 17 2020 01:53:00 | Santander Consumer USA Inc., d/b/a Chrysler Capita, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 518889044 | + | EDI: TSYS2.COM | Oct 17 2020 01:53:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518889047 | | Email/Text: cms-bk@cms-collect.com | Oct 16 2020 21:58:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 518889048 | + | EDI: CAPITALONE.COM | Oct 17 2020 01:48:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518889050 | + | Email/Text: BKBCNMAIL@carringtonms.com | Oct 16 2020 21:57:00 | Carrington Mortgage Services, ATTEN: Bankruptcy, P.O. Box 3730, Anaheim, CA 92803-3730 |
| 518889053 | + | EDI: CITICORP.COM | Oct 17 2020 01:53:00 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |

Case 20-18342-KCF    Doc 19    Filed 10/18/20    Entered 10/19/20 01:02:35    Desc Imaged
                              Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 16, 2020 | Form ID: 318 | Total Noticed: 37 |

| Recip ID | | Notice Type | Notice Time | Name and Address |
|---|---|---|---|---|
| 518889054 | + | EDI: WFNNB.COM | Oct 17 2020 01:53:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518889055 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 16 2020 22:25:11 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518889056 | | EDI: CITICORP.COM | Oct 17 2020 01:53:00 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518889057 | | Email/Text: bknotice@ercbpo.com | Oct 16 2020 21:59:00 | ERC, P.O. Box 23870, Jacksonville, FL 32241-3870 |
| 518889059 | + | EDI: FSAE.COM | Oct 17 2020 01:53:00 | Firstsource, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 518889060 | + | EDI: PHINGENESIS | Oct 17 2020 01:53:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 518889061 | + | EDI: IIC9.COM | Oct 17 2020 01:53:00 | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518889063 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 16 2020 21:57:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 518889068 | | Email/Text: ml-ebn@missionlane.com | Oct 16 2020 21:57:00 | Mission Lane/bsb, 101 2nd St Ste 350, San Francisco, CA 94105 |
| 518889065 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 16 2020 22:25:38 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518889069 | + | Email/Text: bankruptcy@onlineis.com | Oct 16 2020 22:00:00 | Online Collections, Attn: Bankruptcy, Po Box 1489, Winterville, NC 28590-1489 |
| 518889070 | | EDI: PRA.COM | Oct 17 2020 01:53:00 | Portfolio Recovery Associates LLC, P.O.Box 12914, Norfolk, VA 23541 |
| 518889613 | + | EDI: RMSC.COM | Oct 17 2020 01:48:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518889075 | + | EDI: RMSC.COM | Oct 17 2020 01:48:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 518889076 | + | EDI: RMSC.COM | Oct 17 2020 01:48:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518889077 | + | EDI: RMSC.COM | Oct 17 2020 01:48:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518889078 | + | EDI: RMSC.COM | Oct 17 2020 01:48:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518889049 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518889058 | * | ERC, P.O. Box 23870, Jacksonville, FL 32241-3870 |
| 518889067 | * | Midland Credit Management, Inc., P.O. Box 301030, Los Angeles, CA 90030-1030 |
| 518889071 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, P.O.Box 12914, Norfolk, VA 23541 |
| 518889072 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, P.O.Box 12914, Norfolk, VA 23541 |
| 518889080 | * | Trans-Continental Credit & Collection Co, P.O. Box 8500-1576, Philadelphia, PA 19178-1576 |
| 518889074 | ##+ | Sunrun, 1515 Arapahoe Street, Tower 2, Suite 600, Denver, CO 80202-3105 |

TOTAL: 0 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

Case 20-18342-KCF    Doc 19    Filed 10/18/20    Entered 10/19/20 01:02:35    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 16, 2020 | Form ID: 318 | Total Noticed: 37 |

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 18, 2020           Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2020 at the address(es) listed below:

**Name**      **Email Address**

Daniel E. Straffi
bktrustee@straffilaw.com
G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com

Daniel E. Straffi
on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com
G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com

Denise E. Carlon
on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

John R. Morton, Jr.
on behalf of Creditor Santander Consumer USA Inc.  d/b/a Chrysler Capital as servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Kevin C. Fayette
on behalf of Debtor Erica E. Gromes kfayette@kevinfayette.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6